IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01546-GPG

ADRIAN A. SMITH,

    Plaintiff,

v.

CORRECTIONAL OFFICER MARTINEZ,
CORRECTIONAL OFFICER GODFREY, and
NURSE JANE DOE,

    Defendants.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn pursuant to D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and when applicable to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(a).

DATED July 22, 2015, at Denver, Colorado.

                              BY THE COURT:

                              S/ Gordon P. Gallagher

                              United States Magistrate Judge